UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Steven Anthony JONES,<br><br>  Petitioner,<br><br>v.<br><br>Kevin CHAPPELL,<br>Acting Warden of San Quentin State Prison,<br><br>  Respondent. | Case Number 3-12-mc-80270-CRB<br><br>DEATH-PENALTY CASE<br><br>ORDER TRANSFERRING CAPITAL HABEAS ACTION TO THE DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA |

   Petitioner was convicted and sentenced to death in Los Angeles Superior Court. *People v. (Steven) Jones*, No. S175663 (Cal. filed Aug. 20, 2009). This capital habeas action therefore should be heard in the Central District of California. N.D. Cal. Habeas L.R. 2254-22(a); C.D. Cal. L.R. 83-17.5(a). Accordingly, this action is hereby transferred to the District Court for the Central District of California. "The Clerk immediately shall advise the Clerk of Court" of the Central District. N.D. Cal. Habeas L.R. 2254-22(c).

*It is so ordered.*

DATED: November 26, 2012

_____
CHARLES R. BREYER
United States District Judge

Case No. 3-12-mc-80270-CRB
ORDER TRANSFERRING CAPITAL HABEAS ACTION TO THE DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA
(DPSAGOK)